**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Brian Fischler, Individually and on behalf of all other persons similarly situated,<br><br>    Plaintiff,<br><br>  – vs. –<br><br>Rahal Biosciences, Inc. d/b/a Armra,<br><br>    Defendant. | DOCKET NO. 22-cv-2711 (DG) (VMS)<br><br>**STATEMENT PURSUANT TO F.R.C.P. 7.1** |

  Pursuant to Fed. R. Civ. P. 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Rahal Biosciences, Inc. affirms that it does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated:  May 19, 2022

*/s/ David Stein*
_____
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, NY 10018
(212) 308-3444
(212) 836-9595 (Fax)
dstein@steinllp.com

Attorneys for Defendant