UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
FISCHLER

                     Plaintiff(s),                                     **JOINT PROPOSED**
                                                                  **CIVIL CASE MANAGEMENT PLAN**
    -against-
RAHAL BIOSCIENCES, INC                       1:22 Civ. 02711 (DG) (VMS)

                     Defendant(s).
------------------------------------------------------------ x

**The parties/counsel who conferred in drafting this joint proposed case management plan:**

For Plaintiff(s):     Christopher Lowe, Lipsky Lowe LLP

For Defendant(s):    David Stein, Stein & Nieporent, LLP

A. Do the parties request referral to the Court's ADR program? Yes: ☐ No: ☑

B. Do the parties consent to proceed before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?
    Yes: ☐   If yes, fill out the AO 85 Notice, Consent and Reference of a Civil Action to a Magistrate Judge Form and file it on ECF. https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge.
    No: ☑   If no, do not indicate which party declines consent.

C. The parties may wish to engage in settlement discussions.
If so, Plaintiff(s) will serve demand by September 30, 2022. Defendant(s) will respond by October 10, 2022.

D. Defendant(s) will answer or otherwise respond to complaint by OCT. 12, 2022, if not yet done.

The parties will serve Rule 26(a)(1) initial disclosures by September 30, 2022, if not yet done.

The parties will serve initial document requests and interrogatories on or before September 30, 2022.

Any joinder and/or amendments of the pleadings must be made by November 15, 2022.

The parties will complete fact discovery by Dec. 23, 2022.

If the parties perform expert discovery, they will serve initial disclosures by January 13, 2023; initial expert reports by February 17, 2023; and rebuttal expert reports on or before March 17, 2023. All discovery, including expert depositions, will be completed by April 17, 2023, and the parties will file a joint letter certifying the close of all discovery by this same date.

Other considerations the parties wish to bring to the Court's attention, such as the need for electronic discovery or confidentiality order: