

Christopher H. Lowe

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.764.7171
Fax: 212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

December 8, 2022

<u>VIA ECF</u>
The Honorable Vera M. Scanlon, U.S.M.J.
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Fischler v. Rahal Biosciences, Inc., 1:22-cv-2711 (DG)(VMS)</u>

Dear Magistrate Judge Scanlon:

    This firm represents Plaintiff Brian Fischler. We submit this letter on behalf of all parties to respectfully request that the deadline to file the Stipulation of Dismissal with Prejudice be extended two weeks, from December 8, 2022 to December 22, 2022. The parties have been working in good faith and have finalized the settlement agreement, but require an additional two weeks to obtain the parties' signatures, after which we will promptly file the Stipulation of Dismissal.

    This is the first request to adjourn this deadline. The adjournment, if granted, would not affect any other deadlines or conferences. Defendant consents to this request.

    Respectfully submitted,
    LIPSKY LOWE LLP


    <u>s/ Christopher H. Lowe</u>
    Christopher H. Lowe

Cc: Defendant's Counsel (via ECF)