UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN FISCHLER, Individually and on behalf of all other persons similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>RAHAL BIOSCIENCES, INC. D/B/A ARMRA,<br><br>        Defendant. | ECF CASE<br><br>No.: 1:22-cv-2711 (DG)(VMS) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this entire action with prejudice, resolving all matters in dispute having been made and each party bearing its own fees and costs.

Dated: January __4__, 2023
New York, New York

_____
Christopher H. Lowe
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
chris@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*

Dated: January __4__, 2023
New York, New York

_____
David Stein
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, New York 10018
dstein@steinllp.com
212.308.3444
*Attorneys for Defendant*